## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gianna Wheeler

**Plaintiff**

Case No.: 1:20-cv-02735-CRC

*vs.*

American University, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summon in a Civil Action and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/30/2020 at 2:43 PM, I served American University at 3201 New Mexico Avenue, NW, Suite 270, Washington, DC 20016 with the Summon in a Civil Action and Complaint by serving Kimberly D. Davis, Executive Assistant, authorized to accept service.

Kimberly D. Davis is described herein as:

Gender: Female   Race/Skin: Black   Age: 45   Weight: 165   Height: 5'7"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

11/05/2020
Executed On

Vance M. Warren, Sr.

Client Ref Number: N/A
Job #: 1583135

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Gianna Wheeler <br><br> *Plaintiff(s)* <br> v. <br><br> AMERICAN UNIVERSITY, et. al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-cv-2735-CRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMERICAN UNIVERSITY
4400 Massachusetts Ave NW
Washington, DC 20016,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaitlin R. Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th St., NW
Suite 400
Washington, DC  20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  09/28/2020

/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gianna Wheeler

**Plaintiff**

Case No.: 1:20-cv-02735-CRC

*vs.*

American University, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summon in a Civil Action and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/30/2020 at 2:43 PM, I served Kevin Barrett, American University c/o Office of General Counsel at 3201 New Mexico Avenue, NW, Suite 270, Washington, DC 20016 with the Summon in a Civil Action and Complaint by serving Kimberly D. Davis, Executive Assistant, authorized to accept service.

Kimberly D. Davis is described herein as:

Gender: Female   Race/Skin: Black   Age: 45   Weight: 165   Height: 5'7"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

11/05/2020
Executed On

Vance M. Warren, Sr.

Client Ref Number: N/A
Job #: 1583133

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Gianna Wheeler | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 20-cv-2735-CRC |
| AMERICAN UNIVERSITY, et. al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KEVIN BARRETT,
c/o American University
4400 Massachusetts Ave NW
Washington, DC 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaitlin R. Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th St., NW
Suite 400
Washington, DC  20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  09/28/2020

/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gianna Wheeler

**Plaintiff**

Case No.: 1:20-cv-02735-CRC

vs.

American University, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summon in a Civil Action and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/30/2020 at 2:43 PM, I served Jeffrey Brown, American University c/o Office of General Counsel at 3201 New Mexico Avenue, NW, Suite 270, Washington, DC 20016 with the Summon in a Civil Action and Complaint by serving Kimberly D. Davis, Executive Assistant, authorized to accept service.

Kimberly D. Davis is described herein as:

Gender: Female   Race/Skin: Black   Age: 45   Weight: 165   Height: 5'7"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

11/05/2020
Executed On

Vance M. Warren, Sr.

Client Ref Number: N/A
Job #: 1583132

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Gianna Wheeler | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 20-cv-2735-CRC |
| AMERICAN UNIVERSITY, et. al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JEFFREY BROWN,
c/o American University
4400 Massachusetts Ave NW
Washington, DC 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kaitlin R. Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th St., NW
Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/28/2020

/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gianna Wheeler

                Plaintiff

Case No.: 1:20-cv-02735-CRC

vs.

American University, et al.

                Defendant(s)

### AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summon in a Civil Action and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/30/2020 at 2:43 PM, I served Joseph Joyner, American University c/o Office of General Counsel at 3201 New Mexico Avenue, NW, Suite 270, Washington, DC 20016 with the Summon in a Civil Action and Complaint by serving Kimberly D. Davis, Executive Assistant, authorized to accept service.

Kimberly D. Davis is described herein as:

Gender: Female   Race/Skin: Black   Age: 45   Weight: 165   Height: 5'7"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

11/5/2020
Executed On

Vance M. Warren, Sr.

Client Ref Number: N/A
Job #: 1583134

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Gianna Wheeler <br><br> *Plaintiff(s)* <br> v. <br><br> AMERICAN UNIVERSITY, <br> et. al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-cv-2735-CRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSEPH JOYNER
c/o American University
4400 Massachusetts Ave NW
Washington, DC 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kaitlin R. Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th St., NW
Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/28/2020



/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gianna Wheeler

**Plaintiff**

Case No.: 1:20-cv-02735-CRC

vs.

American University, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summon in a Civil Action and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/30/2020 at 2:43 PM, I served Michael Vena, American University c/o Office of General Counsel at 3201 New Mexico Avenue, NW, Suite 270, Washington, DC 20016 with the Summon in a Civil Action and Complaint by serving Kimberly D. Davis, Executive Assistant, authorized to accept service.

Kimberly D. Davis is described herein as:

Gender: Female   Race/Skin: Black   Age: 45   Weight: 165   Height: 5'7"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

11/05/2020
Executed On

Vance M. Warren, Sr.

Client Ref Number: N/A
Job #: 1583129

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Gianna Wheeler

*Plaintiff(s)*

v.

AMERICAN UNIVERSITY, et. al

*Defendant(s)*

Civil Action No. 20-cv-2735-CRC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL VENA,
c/o American University
4400 Massachusetts Ave NW
Washington, DC 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kaitlin R. Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th St., NW
Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/28/2020



/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*