IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GIANNA WHEELER | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:20-cv-2735-CRC |
| Plaintiff, |  |  |
| v. |  |  |
| AMERICAN UNIVERSITY ET AL., |  |  |
|  |  | Judge Christopher R. Cooper |
| Defendants. |  |  |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
AMENDED COMPLAINT AND DEEM DEFENDANT STEPHEN KINZER'S
MOTION FOR SUMMARY JUDGMENT MOOT WITHOUT PREJUDICE TO
REFILE AFTER FILING OF AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Gianna Wheeler respectfully moves this Court to extend the deadline to file an amended complaint as of course, Federal Rule of Civil Procedure 15(a)(1)(B), to March 1, 2021, and to deem Defendant Stephen Kinzer's Motion for Summary Judgment (ECF No. 13) moot without prejudice to refile after filing of Plaintiff's amended complaint. Counsel for Plaintiff has conferred with counsel for Defendants in this matter, and all parties who have been served have consented to this motion in writing. In support of the motion, Plaintiff states as follows:

1. Plaintiff filed the Complaint and Summons against American University, four individual American University employees (the "AU Defendants"), three Metropolitan Police Department ("MPD") Officers, and one Doe Defendant on September 25, 2020.

2. Plaintiff served American University and the AU Defendants on October 30, 2020.

3. Plaintiff served MPD Officer Stephen Kinzer on November 13, 2020.

4.       This Court granted an unopposed extension of time to serve the remaining Defendants, former MPD Officers Deborah Smith and Richard David, to February 22, 2021.

5.       After receiving an unopposed extension from this Court, the AU Defendants filed an Answer to the Complaint (ECF No. 12) on January 4, 2021.

6.       After receiving two unopposed extensions from this Court, Defendant Stephen Kinzer filed a Motion for Summary Judgment (ECF No. 13) on January 8, 2021. Defendant Kinzer's motion raises a number of factual assertions, allegedly supported by police body-worn camera video footage of the incidents alleged in the Complaint. Plaintiff and her counsel have not yet been able to view that footage because the parties are still working to draft a mutually agreeable protective order, which the parties hope to present to this Court for consideration by January 22, 2021.

7.       New counsel for Plaintiff is joining the case and needs additional time to enter an appearance and to review case materials as well as the AU Defendants' Answer, Defendant Kinzer's Motion for Summary Judgment, the video footage (once it becomes available under a mutually agreeable protective order), and the operative Complaint.

8.       Assuming that the filing of Defendant Kinzer's Motion for Summary Judgment on January 8, 2021 started the clock for the deadline to amend the complaint as of right, that deadline would have been January 29, 2021. A thirty-day extension of that time would make the deadline to amend March 1, 2021. The parties therefore agree to extend the deadline to file an amended complaint as of right to March 1, 2021, without prejudice to a further extension if Plaintiff does not receive access to the body camera footage on which Defendant Kinzer's motion relies by January 25, 2021.

9. The parties further agree that the filing of an amended complaint will moot Defendant Kinzer's Motion for Summary Judgment (ECF No. 13) and that the Court should therefore deem the motion moot now, without prejudice to refiling after the amended complaint is filed.

10. Additionally, the deadline to serve the remaining defendants is February 22, 2021. Extending the deadline to file an amended complaint will aid efficiency by ensuring that all Defendants have the same deadline to respond to the amended complaint.

11. The requested extension is being made for good cause and in good faith, and not for further purpose of delay. No party will be prejudiced if the requested extension is granted.

12. Pursuant to Local Rule 7(m), counsel has conferred with opposing counsel and all parties served have consented to the motion.

Dated: January 19, 2021    Respectfully submitted,

*/s/ Kaitlin R. Banner*_____
Kaitlin R. Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Margaret Hart (D.C. Bar No. 1030528)
Hannah Lieberman (D.C. Bar No. 336776)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, N.W., Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (203) 319-1010
*kaitlin_banner@washlaw.org*
*tristin_brown@washlaw.org*
*dennis_corkery@washlaw.org*
*margaret_hart@washlaw.org*
*hannah_lieberman@washlaw.org*

*Counsel for Plaintiff Gianna Wheeler*