UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIANNA WHEELER, <br><br> *Plaintiff*, <br><br> v. <br><br> AMERICAN UNIVERSITY, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:20-cv-02735-CRC |

**DEFENDANTS RICHARD DAVIS, STEPHEN KINZER, AND DEBORAH SMITH'S MOTION FOR SUMMARY JUDGMENT**

Defendants Richard Davis, Stephen Kinzer, and Deborah Smith, through counsel, respectfully move pursuant to Fed. R. Civ. 56(a) for summary judgment on all claims against them in Plaintiff's Amended Complaint.

Plaintiff's claims arise from her removal from an American University (AU) leased apartment after she engaged in threatening conduct and communicated a suicidal ideation. Plaintiff brings a host of claims against AU, AU officials, AU officers, and three individual MPD officer for their alleged role in the events of September 26, 2020.  Plaintiff brings Fourth Amendment unlawful entry (Count IV), unreasonable seizure (Count V), and false arrest (Count VI), along with common law claims for false arrest, assault, and trespass against Defendants Richard Davis, Stephen Kinzer, and Deborah Smith (MPD Officers).  The body worn camera footage, however, shows either that these defendants did not engage in the conduct alleged or Plaintiff's claims fail as a matter of law.  As a result, the MPD Officers are entitled to summary judgment as to all claims against them.

A memorandum of points and authorities in support of this motion, a statement of undisputed material facts, and a proposed order are attached for the Court's consideration.

| | |
|---|---|
| Date:  April 5, 2021 | Respectfully submitted,<br><br>KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Alicia M. Cullen*<br>ALICIA M. CULLEN [1015227]<br>Chief, Civil Litigation Division, Section III<br><br>*/s/ Robert A. DeBerardinis, Jr.*<br>ROBERT A. DEBERARDINIS, JR [335976]<br>Senior Assistant Attorney General<br>Civil Litigation Division<br>400 6th Street, NW<br>Washington, D.C. 20001<br>Phone:  (202) 724-6642<br>Email:   robert.deberardinis@dc.gov<br>*Counsel for Defendants Richard Davis Stephen Kinzer, and Deborah Smith* |