UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIANNA WHEELER,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN UNIVERSITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:20-cv-02735-CRC |

### DEFENDANTS RICHARD DAVIS, STEPHEN KINZER, AND DEBORAH SMITH'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants Richard Davis, Stephen Kinzer, and Deborah Smith, through counsel, submit the following statement of material facts as to which there is no genuine dispute in support of their Motion for Summary Judgment.

1. Metropolitan Police Department (MPD) Officer Stephen Kinzer arrived on the scene on September 26, 2019, in his scout car in response to an American University (AU) generated call about a "mental health consumer." Kinzer Video 1 at 0:08:04-0:10:56.[1]

` 2. Officer Kinzer entered the building with MPD Officer Deborah Smith, and they remained in the building lobby and spoke to the receptionist. *Id.* at 0:11:18-0:14:10.

3   MPD Sgt. Richard Davis arrived on the scene, followed by the AU officers, and a discussion ensued between all the officers. *Id.* at 0:14:10-0:22:00.

---

[1] Number references are to the elapsed hours, minutes, and seconds of the video as indicated at the bottom of the video. The videos have previously been submitted to the Court burned on to DVDs as exhibits to Defendants' original motion for summary judgment. *See* Praecipe Regarding Exhibits [16].

4. The AU officers enlisted the aid of Officer Smith to try to convince Plaintiff to go voluntarily to a psychiatric hospital for evaluation.  *Id.* at 0:21:50-0:22:00.

5. Officer Smith and the AU officers then entered the elevator.  *Id.* at 0:22:00-0:22:05.

6. Officer Kinzer then entered an elevator and exited on the floor on which Plaintiff resided.  *Id.* at 0:22:25-0:23:21.

7. Although he could hear the conversation between Officer Smith, the AU officers, and Plaintiff, Officer Kinzer remained down the hall from Plaintiff's room and did not interact with her.  *Id.* at 0:23:21-1:20:43.

8. Eventually, Officer Kinzer gets into the elevator and leaves the scene.  *Id.* at 1:20:40-1:20:43.

9. He eventually returned and again remained well away from the room.  Kinzer Video 2 at 0:09:00-1:0:53:30.

10. The AU officers, assisted by Officer Smith and Sgt. David, then forcibly remove Plaintiff her from the room, and take her involuntarily to a transport vehicle.  *Id.* at 0:50:55-0:56:50.

11. At no point does Officer Kinzer participate in the removal of Plaintiff nor does he assist in any way in carrying her to the AU transport vehicle.  *Id.*

.    12. Officers Smith and Kinzer, and Sgt. Davis, were made aware that although the apartment building in which Plaintiff lived was owned by a private company, AU leased many of the apartments in the building to provide housing for its students and the university enjoyed the right to enter students' rooms.  Kinzer Video 2 at 0:59:30-1:00:20.

13.     Officers Smith and Kinzer, and Sgt. David, were informed by an AU officer that Plaintiff made veiled threats to a student who was a stranger to her.  The officer stated that Plaintiff told the student that AU was tracking her and that "I have a sharp object in my purse and I'm going to pull it out."  The AU officer also told Officer Kinzer that Plaintiff cornered the student and placed her hand on her shoulder.  Kinzer Video 1 at 0:35:50-0:37:40; 0:47:00-47:20.

14.     Officers Smith and Kinzer, and Sgt. David, were informed by an AU officer that Plaintiff communicated a suicidal ideation to a faculty member earlier that day.  Kinzer Video 2 at 0:24:00-0:25:10.

                                      Respectfully submitted,

                                      KARL A. RACINE
                                      Attorney General for the District of Columbia

                                      CHAD COPELAND
                                      Deputy Attorney General
                                      Civil Litigation Division

                                      */s/ Alicia M. Cullen*
                                      ALICIA M. CULLEN [1015227]
                                      Chief, Civil Litigation Division, Section III

                                      */s/ Robert A. DeBerardinis, Jr.*
                                      ROBERT A. DEBERARDINIS, JR. [335976]
                                      Senior Assistant Attorney General
                                      Civil Litigation Division
                                      400 6th Street, NW
                                      Washington, D.C. 20001
                                      Phone:  202-724-6642
                                      Fax:  202-741-8895
                                      Email:  robert.deberardinis@dc.gov
                                      *Counsel for Defendants Richard Davis, Stephen Kinzer, and Deborah Smith*