UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIANNA WHEELER,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN UNIVERSITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:20-cv-02735-CRC |

### ORDER

Upon consideration of Defendants Richard Davis, Stephen Kinzer, and Deborah Smith's Motion for Summary Judgment, any Opposition and Reply thereto, and the entire record herein, it is this _____ day of _____, 2021, hereby

**ORDERED** that Defendants' Motion is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of Defendants Richard Davis, Stephen Kinzer, and Deborah Smith on all claims in Plaintiff's Amended Complaint.

**SO ORDERED.**

_____
Christopher R. Cooper
United States District Judge