IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIANNA WHEELER<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITY ET AL.,<br><br>Defendants. | Civil Action No. 1:20-cv-2735-CRC<br><br><br>Judge Christopher R. Cooper |

## MOTION FOR WITHDRAWAL

Under Local Rule 83.6(c) of the Rules of this Court, I, Eric Cheung Hall, hereby move for withdrawal of my appearance as counsel for Plaintiff Gianna Wheeler. Because attorneys Debra Belott, Dennis Corkery, Margaret Hart, Kaitlin Banner, Ariel Volpe, and Cortney Robinson have entered appearances on behalf of Ms. Wheeler, and continue to represent her, my withdrawal will cause neither undue delay nor adversely affect Ms. Wheeler's interests.

Dated: August 9, 2021

Respectfully submitted,

*/s/ Eric Cheung Hall*
Eric Cheung Hall (D.C. Bar No. 1617715)
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
Phone: (202) 879-3689
Fax: (202) 626-1700
echall@jonesday.com

*Counsel for Plaintiff Gianna Wheeler*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2021, a true and correct copy of the foregoing was served electronically to the following:

Paul J. Maloney
Matthew D. Berkowitz
Brian M. O'Shea,
Carr Maloney P.C.
2020 K Street, NW, Suite 850
Washington, D.C. 20006
202-310-5500 (Telephone)
202-310-5555 (Facsimile)
paul.maloney@carrmaloney.com
mattew.berkowitz@carrmaloney.com
brian.o'shea@carrmaloney.com


KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

ALICIA M. CULLEN
Chief, Civil Litigation Division, Section III

ROBERT A. DEBERARDINIS, JR.
Senior Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6642
Fax: (202) 730-0493
Email: robert.deberardinis@dc.gov


                                        */s/ Eric Cheung Hall*
                                        Eric Cheung Hall