UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
GIANNA WHEELER,                                :
                                               :
                Plaintiff,    :     Civil Action No. 1:20-cv-2735-CRC
                                               :
v.                                             :
                                               :
AMERICAN UNIVERSITY *et al.*,                  :
                                               :
                Defendants.   :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## JOINT STATUS REPORT

Plaintiff Gianna Wheeler and Defendants American University, Jeffrey Brown, Kevin Barrett, Michael Vena, Joseph Joyner, and Matthew Gomez ("the AU Defendants"), along with Defendants Stephen Kinzer, Deborah Smith, and Richard Davis, III ("the MPD Defendants") (collectively, "the Parties"), submit this Joint Status Report pursuant to this Court's March 25, 2022 Minute Order.

The parties met with mediators for this Court on May 18, 2022 and May 24, 2022. Plaintiff and the MPD Defendants have reached an agreement in principle, subject to the finalization of terms and formal execution. Plaintiff and the AU Defendants continue to negotiate a potential settlement and anticipate that their mediation discussions will continue for roughly a week after the filing of this Report.

Given the continued efforts to reach agreement, the parties respectfully propose that the Court stay the current joint status report deadline for one week and allow the parties to file a second Joint Status Report on June 3, 2022 to update this Court on their progress.

Dated: May 26, 2022                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Kaitlin R. Banner* | */s/ Debra R. Belott* |
| Kaitlin R. Banner (D.C. Bar No. 1000436) | Debra R. Belott (D.C. Bar No. 993507) |
| Dennis A. Corkery (D.C. Bar No. 1016991) | Ariel Volpe (D.C. Bar No. 888324780) |
| Margaret Hart (D.C. Bar No. 1030528) | JONES DAY |
| WASHINGTON LAWYERS' COMMITTEE | 51 Louisiana Ave., N.W. |
| FOR CIVIL RIGHTS AND URBAN AFFAIRS | Washington, DC 20001 |
| 700 14th Street, N.W., Suite 400 | Phone: (202) 879-3689 |
| Washington, DC 20005 | Fax: (202) 626-1700 |
| Phone: (202) 319-1000 | *dbelott@jonesday.com* |
| Fax: (203) 319-1010 | |
| *kaitlin_banner@washlaw.org* | |

*Counsel for Plaintiff Gianna Wheeler*

| | |
|---|---|
| KARL A. RACINE | */s/ Robert A. Deberardinis, Jr.* |
| Attorney General for the District of Columbia | ROBERT A. DEBERARDINIS, JR [335976] |
| | Assistant Attorney General |
| CHAD COPELAND | 400 6th Street, NW |
| Deputy Attorney General | Washington, D.C. 20001 |
| Civil Litigation Division | Phone: (202) 724-6642 |
| | Fax: (202) 741-8895; (202) 730-1495 |
| */s/ Alicia M. Cullen* | |
| ALICIA M. CULLEN [1015227] | |
| Chief, Civil Litigation Division, Section III | |

*Counsel for Defendants Richard Davis, Stephen Kinzer, and Deborah Smith*

*/s/ Paul J. Maloney*
Paul J. Maloney, #362533
Matthew D. Berkowitz, #974170
Brian M. O'Shea, #1600057
Carr Maloney P.C.
2020 K Street, NW, Suite 850
Washington, D.C. 20006
202-310-5500 (Telephone)
202-310-5555 (Facsimile) matthew.berkowitz@carrmaloney.com
paul.maloney@carrmaloney.com
brian.o'shea@carrmaloney.com

*Counsel for American University, Jeffrey Brown, Kevin Barrett, Matthew Gomez, Michael Vena, and Joseph Joyner*