UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
|  |  |
|---|---|
| GIANNA WHEELER, | : |
| | : |
| Plaintiff, | :   Civil Action No. 1:20-cv-2735-CRC |
| | : |
| v. | : |
| | : |
| AMERICAN UNIVERSITY *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **SEVENTH JOINT STATUS REPORT**

Plaintiff Gianna Wheeler and Defendants American University, Jeffrey Brown, Kevin Barrett, Michael Vena, Joseph Joyner, and Matthew Gomez ("the AU Defendants"), along with Defendants Stephen Kinzer, Deborah Smith, and Richard Davis, III ("the MPD Defendants") (collectively, "the parties"), submit this seventh Joint Status Report pursuant to this Court's August 1, 2022 Minute Order.

The parties filed a Joint Status Report on May 26, 2022 informing this Court that Plaintiff and the MPD Defendants reached an agreement that was pending formal execution, and that Plaintiff and the AU Defendants were continuing negotiations. The parties filed a second Joint Status Report on June 3, 2022, a third Joint Status Report on June 10, 2022, a fourth Joint Status Report on June 17, 2022, a fifth Joint Status Report on July 1, 2022, and a sixth Joint Status Report on July 28, 2022 updating this Court that the parties were engaged in ongoing discussions and attempting to reach agreement. Since the filing of the sixth Joint Status Report, the parties have continued these discussions and made progress towards settlement.

Plaintiff and the MPD Defendants have a fully executed agreement. Pursuant to that agreement, Plaintiff will dismiss her claims against the MPD Defendants upon receipt of the settlement funds.

Plaintiff and AU Defendants continue to work diligently with the mediators to reach a

resolution. Given their ongoing efforts, the parties respectfully request that the Court stay all discovery until further notice, and order the parties to file a further Joint Status Report on or before September 1, 2022, updating the Court on the progress of the mediation and whether it is necessary to proceed with an initial scheduling conference and/or a scheduling order.

Dated: August 11, 2022                                    Respectfully submitted,


/s/ Kaitlin R. Banner                                     /s/ Debra R. Belott
Kaitlin R. Banner (D.C. Bar No. 1000436)                  Debra R. Belott (D.C. Bar No. 993507)
Dennis A. Corkery (D.C. Bar No. 1016991)                  Ariel Volpe (D.C. Bar No. 888324780)
Margaret Hart (D.C. Bar No. 1030528)                      JONES DAY
WASHINGTON LAWYERS' COMMITTEE                             51 Louisiana Ave., N.W.
FOR CIVIL RIGHTS AND URBAN AFFAIRS                        Washington, DC 20001
700 14th Street, N.W., Suite 400                          Phone: (202) 879-3689
Washington, DC 20005                                      Fax: (202) 626-1700
Phone: (202) 319-1000                                     *dbelott@jonesday.com*
Fax: (203) 319-1010
*kaitlin_banner@washlaw.org*

*Counsel for Plaintiff Gianna Wheeler*


KARL A. RACINE                                            /s/ Robert A. DeBerardinis, Jr.
Attorney General for the District of Columbia             ROBERT A. DEBERARDINIS, JR [335976]
                                                          Senior Assistant Attorney General
CHAD COPELAND                                             Civil Litigation Division
Deputy Attorney General                                   400 6th Street, NW
Civil Litigation Division                                 Washington, D.C. 20001
                                                          Phone: (202) 724-6642
/s/ Alicia M. Cullen                                      Fax: (202) 741-8895
ALICIA M. CULLEN [1015227]                                robert.deberardinis@dc.gov
Chief, Civil Litigation Division, Section III

*Counsel for Defendants Richard Davis, Stephen Kinzer, and Deborah Smith*


/s/ Paul J. Maloney
Paul J. Maloney, #362533
Matthew D. Berkowitz, #974170
Brian M. O'Shea, #1600057
Carr Maloney P.C.
2020 K Street, NW, Suite 850
Washington, D.C. 20006
202-310-5500 (Telephone)
202-310-5555 (Facsimile) matthew.berkowitz@carrmaloney.com
paul.maloney@carrmaloney.com
brian.o'shea@carrmaloney.com

*Counsel for American University, Jeffrey Brown, Kevin Barrett, Matthew Gomez, Michael Vena, and Joseph Joyner*

2