UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
GIANNA WHEELER,                                  :
                                                 :
                Plaintiff,            :   Civil Action No. 1:20-cv-2735-CRC
                                                 :
v.                                               :
                                                 :
AMERICAN UNIVERSITY *et al.*,                    :
                                                 :
                Defendants.           :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## EIGHTH JOINT STATUS REPORT

Plaintiff Gianna Wheeler and Defendants American University, Jeffrey Brown, Kevin Barrett, Michael Vena, Joseph Joyner, and Matthew Gomez ("the AU Defendants"), along with Defendants Stephen Kinzer, Deborah Smith, and Richard Davis, III ("the MPD Defendants") (collectively, "the parties"), submit this eighth Joint Status Report pursuant to this Court's August 15, 2022 Minute Order.

The parties filed a Joint Status Report on May 26, 2022 informing this Court that Plaintiff and the MPD Defendants reached an agreement that was pending formal execution, and that Plaintiff and the AU Defendants were continuing negotiations. The parties filed a second Joint Status Report on June 3, 2022, a third Joint Status Report on June 10, 2022, a fourth Joint Status Report on June 17, 2022, a fifth Joint Status Report on July 1, 2022, a sixth Joint Status Report on July 28, 2022, and a seventh Joint Status Report on August 11, 2022 updating this Court that the parties were engaged in ongoing discussions and attempting to reach agreement. Since the filing of the seventh Joint Status Report, the parties have continued these discussions and made progress towards settlement.

Plaintiff and the MPD Defendants have a fully executed agreement. Pursuant to that agreement, Plaintiff will dismiss her claims against the MPD Defendants upon receipt of the settlement funds.

Plaintiff and AU Defendants continue to work diligently with the mediators to reach a resolution. Given their ongoing efforts, the parties respectfully request that the Court stay all discovery until further notice, and order the parties to file a further Joint Status Report on or before September 14, 2022, updating the Court on the progress of the mediation and whether it is necessary to proceed with an initial scheduling conference and/or a scheduling order.

Dated: September 1, 2022                                      Respectfully submitted,

| | |
|---|---|
| */s/ Kaitlin R. Banner* | */s/ Debra R. Belott* |
| Kaitlin R. Banner (D.C. Bar No. 1000436) | Debra R. Belott (D.C. Bar No. 993507) |
| Dennis A. Corkery (D.C. Bar No. 1016991) | Ariel Volpe (D.C. Bar No. 888324780) |
| Margaret Hart (D.C. Bar No. 1030528) | JONES DAY |
| WASHINGTON LAWYERS' COMMITTEE | 51 Louisiana Ave., N.W. |
| FOR CIVIL RIGHTS AND URBAN AFFAIRS | Washington, DC 20001 |
| 700 14th Street, N.W., Suite 400 | Phone: (202) 879-3689 |
| Washington, DC 20005 | Fax: (202) 626-1700 |
| Phone: (202) 319-1000 | *dbelott@jonesday.com* |
| Fax: (203) 319-1010 | |
| *kaitlin_banner@washlaw.org* | |

*Counsel for Plaintiff Gianna Wheeler*

| | |
|---|---|
| KARL A. RACINE | */s/ Robert A. DeBerardinis, Jr.* |
| Attorney General for the District of Columbia | ROBERT A. DEBERARDINIS, JR [335976] |
| | Senior Assistant Attorney General |
| CHAD COPELAND | Civil Litigation Division |
| Deputy Attorney General | 400 6th Street, NW |
| Civil Litigation Division | Washington, D.C. 20001 |
| | Phone: (202) 724-6642 |
| */s/ Alicia M. Cullen* | Fax: (202) 741-8895 |
| ALICIA M. CULLEN [1015227] | robert.deberardinis@dc.gov |
| Chief, Civil Litigation Division, Section III | |

*Counsel for Defendants Richard Davis, Stephen Kinzer, and Deborah Smith*

*/s/ Paul J. Maloney*
Paul J. Maloney, #362533
Matthew D. Berkowitz, #974170
Brian M. O'Shea, #1600057
Carr Maloney P.C.
2020 K Street, NW, Suite 850
Washington, D.C. 20006
202-310-5500 (Telephone)
202-310-5555 (Facsimile) matthew.berkowitz@carrmaloney.com
paul.maloney@carrmaloney.com
brian.o'shea@carrmaloney.com

*Counsel for American University, Jeffrey Brown, Kevin Barrett, Matthew Gomez, Michael Vena, and Joseph Joyner*

2