UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIANNA WHEELER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN UNIVERSITY *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:20-cv-2735-CRC |

**JOINT STIPULATION OF DISMISSAL AS TO**
**THE DISTRICT OF COLUMBIA DEFENDANTS ONLY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gianna Wheeler (Plaintiff), and Defendants Stephen Kinzer, Deborah Smith, and Richard Davis (each a District of Columbia (the District) Defendant and collectively the District Defendants), by and through their undersigned counsel, hereby stipulate to the dismissal of Plaintiff's claims against the District Defendants only with prejudice and with each party to bear their own costs and fees.

Dated: September 14, 2022                                         Respectfully Submitted,

*/s/ Kaitlin R. Banner*                                                    */s/ Debra R. Belott*
Kaitlin R. Banner (D.C. Bar No. 1000436)          Debra R. Belott (D.C. Bar No. 993507)
Dennis A. Corkery (D.C. Bar No. 1016991)       Ariel Volpe (D.C. Bar No. 888324780)
Margaret Hart (D.C. Bar No. 1030528)               JONES DAY
WASHINGTON LAWYERS' COMMITTEE            51 Louisiana Ave., N.W.
FOR CIVIL RIGHTS AND URBAN AFFAIRS       Washington, DC 20001
700 14th Street, N.W., Suite 400                          Phone: (202) 879-3689
Washington, DC 20005                                          Fax: (202) 626-1700
Phone: (202) 319-1000                                          *dbelott@jonesday.com*
Fax: (203) 319-1010
*kaitlin_banner@washlaw.org*

*Counsel for Plaintiff Gianna Wheeler*

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, JR [335976]
Senior Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6642
Fax: (202) 741-8895
robert.deberardinis@dc.gov

*Counsel for Defendants Richard Davis, Stephen Kinzer, and Deborah Smith*