UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
GIANNA WHEELER,                              :
                                             :
                      Plaintiff,             :      Civil Action No. 1:20-cv-2735-CRC
                                             :
       v.                                    :
                                             :
AMERICAN UNIVERSITY et al.,                  :
                                             :
                      Defendants.            :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

**<u>NINTH JOINT STATUS REPORT</u>**

Plaintiff Gianna Wheeler and Defendants American University, Jeffrey Brown, Kevin Barrett, Michael Vena, Joseph Joyner, and Matthew Gomez ("the AU Defendants"), along with Defendants Stephen Kinzer, Deborah Smith, and Richard Davis, III ("the MPD Defendants") (collectively, "the parties"), submit this ninth Joint Status Report pursuant to this Court's September 6, 2022 Minute Order.

The parties have been engaged in mediation since May and have worked diligently towards a resolution.

Plaintiff and the MPD Defendants have a fully executed agreement. Pursuant to that agreement, Plaintiff filed a Joint Stipulation of Dismissal as to the District of Columbia Defendants earlier today. (Dkt. No. 86).

Plaintiff and the AU Defendants have reached an agreement in principal that is pending formal execution.

Given their ongoing efforts, the Plaintiff and the AU Defendants respectfully request that the Court continue to stay all discovery until further notice.  The parties further request until October 17, 2022 to either file a Notice of Dismissal or to provide an additional Joint Status Report.

Dated: September 14, 2022                                  Respectfully submitted,


/s/ Kaitlin R. Banner_____        /s/ Debra R. Belott_____
Kaitlin R. Banner (D.C. Bar No. 1000436)        Debra R. Belott (D.C. Bar No. 993507)
Dennis A. Corkery (D.C. Bar No. 1016991)        Ariel Volpe (D.C. Bar No. 888324780)
Margaret Hart (D.C. Bar No. 1030528)            JONES DAY
WASHINGTON LAWYERS' COMMITTEE                    51 Louisiana Ave., N.W.
FOR CIVIL RIGHTS AND URBAN AFFAIRS              Washington, DC 20001
700 14th Street, N.W., Suite 400                Phone: (202) 879-3689
Washington, DC 20005                            Fax: (202) 626-1700
Phone: (202) 319-1000                           dbelott@jonesday.com
Fax: (203) 319-1010
kaitlin_banner@washlaw.org

*Counsel for Plaintiff Gianna Wheeler*


KARL A. RACINE                                  /s/ Robert A. DeBerardinis, Jr._
Attorney General for the District of Columbia   ROBERT A. DEBERARDINIS, JR [335976]
                                                Senior Assistant Attorney General
                                                Civil Litigation Division
CHAD COPELAND                                   400 6th Street, NW
Deputy Attorney General                         Washington, D.C. 20001
Civil Litigation Division                       Phone: (202) 724-6642
                                                Fax: (202) 741-8895
/s/ Alicia M. Cullen                            robert.deberardinis@dc.gov
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*Counsel for Defendants Richard Davis, Stephen Kinzer, and Deborah Smith*


/s/ Paul J. Maloney_____
Paul J. Maloney, #362533
Matthew D. Berkowitz, #974170
Brian M. O'Shea, #1600057
Carr Maloney P.C.
2020 K Street, NW, Suite 850
Washington, D.C. 20006
202-310-5500 (Telephone)
202-310-5555 (Facsimile) matthew.berkowitz@carrmaloney.com
paul.maloney@carrmaloney.com
brian.o'shea@carrmaloney.com

*Counsel for American University, Jeffrey Brown, Kevin Barrett, Matthew Gomez, Michael Vena,*
*and Joseph Joyner*